```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
                                    :
JOANN MIRGON-ERB, et al.
                                    :
     v.                             :   Civil Action No. DKC 15-2109
                                    :
BRIGGS & STRATTON CORPORATION
                                    :
```

**MEMORANDUM OPINION**

Plaintiffs Joann Mirgon-Erb and Craig Erb filed a negligence action against Briggs & Stratton Power Products Group, LLC for injuries allegedly sustained by Joann Mirgon-Erb while operating a Simplicity snow thrower. In discovery, she sought information about any other injuries received while using a snow thrower. Defendant objected and Plaintiff moved to compel. On May 20, the court issued a letter/order directing Defendant to provide documents responsive to Plaintiffs' narrowed requests concerning injuries received on the impeller blades when the injured person reached into the discharge chute. Defendant moved to clarify its directive and to reconsider its ruling to limit the production of documents (ECF No. 27).

The court understands Plaintiffs' narrowed requests to seek information about "injuries received on the impeller blades when the injured person reached into the discharge chute." Defendant must respond as to "similar" products, possessing the salient

characteristics related to the causation issues, i.e. snow throwers with discharge chutes with impeller blades. It does not matter for this discovery dispute whether the person injured was the operator or whether the engine was running. Although Defendant states that the snow blower was manufactured in 1976 (ECF no. 35 at 4), other references state that it was manufactured in 1996. (ECF No. 23-2 at 30.) Plaintiffs had initially requested documents for the previous 10 years, but that might have been with regard to a different and broader request. Thus, for present purposes, Defendant must respond for injuries received from 1991 to the present.

For the foregoing reasons, Defendant's motion to clarify and reconsider will be granted in part and denied in part. A separate order will follow.

                                        _____/s/_____
                                        DEBORAH K. CHASANOW
                                        United States District Judge